FILED
2020 JAN 15 AM 11:33
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CHARLES KERTESZ,<br>　aka "Chad," and<br>JOSHUA EDWARD KREPPS,<br><br>　　　Defendants. | ED CR No. 20 - 00012 JGB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 113(a)(3): Assault with a Dangerous Weapon with Intent to Do Bodily Harm; 18 U.S.C. § 113(a)(6): Assault Resulting in Serious Bodily Injury] |

　　The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 113(a)(3), 2(a)]

[ALL DEFENDANTS]

　　On or about August 31, 2018, in San Bernardino County, within the Central District of California, and within the special maritime and territorial jurisdiction of the United States, that is, at the United States Penitentiary at Victorville, California, defendants CHARLES KERTESZ, also known as "Chad," and JOSHUA EDWARD KREPPS, aiding and abetting each other, intentionally assaulted Victim P with

the intent to do bodily harm and, in so doing, used a dangerous weapon, namely, tennis shoes.

## COUNT TWO

[18 U.S.C. §§ 113(a)(6), 2(a)]

[ALL DEFENDANTS]

On or about August 31, 2018, in San Bernardino County, within the Central District of California, and within the special maritime and territorial jurisdiction of the United States, that is, at the United States Penitentiary at Victorville, California, defendants CHARLES KERTESZ, also known as "Chad," and JOSHUA EDWARD KREPPS, aiding and abetting each other, intentionally assaulted Victim P by punching and kicking Victim P, resulting in serious bodily injury.

A TRUE BILL

/s/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office

JOHN A. BALLA
Assistant United States Attorney
Riverside Branch Office